## 55529. PHAGAN v. THE STATE.

SMITH, Judge.

This appeal from a theft by taking conviction alleges only an insufficiency of evidence, but ample evidence in

the record contradicts the appellant's contentions.

*Judgment affirmed. Deen, P. J., and Banke, J., concur.*

SUBMITTED MARCH 2, 1978 — DECIDED MAY 9, 1978 — REHEARING DENIED MAY 31, 1978 — ▮

*B. Wayne Phillips,* for appellant.

*Robert E. Keller, District Attorney, Clifford A. Sticher, Assistant District Attorney,* for appellee.